FILED

MAR 18 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. |
| Plaintiff, ) | |
| v. ) | |
| SEALED, ) | 2:08-MJ-0093   GGH |
| Defendants. ) | |

SEALING ORDER

Upon Application of the United States of America and good cause having being shown,

IT IS HEREBY ORDERED that the Complaint and Arrest Warrant in the above-referenced case shall be sealed until the first arrest of a defendant in this case.

DATED: March 17, 2008

GREGORY G. HOLLOWS
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

1