**FILED**

March 24, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )      Case No. MAG.08-0093-GGH
            Plaintiff,           )
                                 )      ORDER FOR RELEASE OF
v.                               )      PERSON IN CUSTODY
                                 )
MARIA SANTA,                     )
                                 )
            Defendant.           )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MARIA SANTA, Case No. MAG. 08-0093-

GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

_____   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $100,000.00.

    _X_   Unsecured Appearance Bond

    _____   Appearance Bond with Surety

    _X_   (Other) Conditions as stated on the record.

    _____   (Other)

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _03/24/08_ at _2:44pm_.

By _____
                        Edmund F. Brennan
                        United States Magistrate Judge