```
                                              FILED
                                           March 24, 2008
                                        CLERK, US DISTRICT COURT
                                         EASTERN DISTRICT OF
                                              CALIFORNIA
                                            DEPUTY CLERK
```

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff,　　　　　　)<br>v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>MARIA SANTA,　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　Defendant.　　　　　　) | Case No. MAG.08-0093-GGH<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release MARIA SANTA, Case No. MAG. 08-0093-GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　___　Release on Personal Recognizance

　　_X_　Bail Posted in the Sum of: $100,000.00.

　　　　　_X_　Unsecured Appearance Bond

　　　　　___　Appearance Bond with Surety

　　　　　_X_　(Other) Conditions as stated on the record.

　　　　　___　(Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 03/24/08 at 2:44pm.

By _____
Edmund F. Brennan
United States Magistrate Judge