```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, #91413
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    CANDIT SAVA, JR.
 6

 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-MJ-0093 GGH |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO EXTEND |
|  | ) TIME FOR PRELIMINARY EXAMINATION |
| MARIA SANTA,, | ) AND EXCLUDE TIME |
| VIRGIL SANTA, and | ) |
| CANDIT SAVA, JR., | ) |
|  | ) Date: April 11, 2008 |
| Defendants. | ) Time: 2:00 p.m. |
|  | ) Judge: Hon. Edmund F. Brennan |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Preliminary Examination scheduled for April 11, 2008, be vacated and that time beginning April 11, 2008, and extending through May 9, 2008, be excluded from time under the Speedy Trial Act within which an indictment must be found. Further, the defendants consent to an extension of the time for preliminary examination until May 9, 2008. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

1 | In particular, the time is required so that the parties can review
2 | discovery and consider conducting any necessary investigation.
3 |     Counsel for defendants have talked to their respective clients in
4 | this case, and represent that each has consented to this continuance
5 | and exclusion of time, agreeing that the interests of justice are
6 | furthered thereby.
7 |     The parties stipulate that the interests of justice outweigh the
8 | interest of the public and the defendant in a speedy filing of an
9 | indictment or information, 18 U.S.C. §§ 3161(b)(h)(8)(A), and further
10 | that this good cause outweighs the public's interest in the prompt
11 | disposition of this criminal case.  Fed. R. Crim. P. 5.1(d).
12 | ///
13 | ///
14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

1  The parties further request that this matter be taken off calendar
2  until May 9, 2008, or such other future time as any party may request a
3  hearing for a purpose other than preliminary examination.
4  **IT IS SO STIPULATED.**

5  DATE: April 7, 2008          /s/ Krist Hart
                                KRISTA HART
6                               Assistant Federal Defender
                                Attorney for MARIA SANTA
7

8  DATE: April 7, 2008          /s/ John Balasz
                                JOHN BALASZ
9                               Assistant Federal Defender
                                Attorney for VIRGIL SANTA
10

11
   DATE: April 7, 2008          /s/ Jeffrey L. Staniels
12                              JEFFREY L. STANIELS
                                Assistant Federal Defender
13                              Attorney for CANDIT SAVA, JR.

14

15 DATE: April 7, 2008          McGREGOR W. SCOTT
                                United States Attorney
16
                           By:  /s/ Matthew Stegman
17                              MATTHEW STEGMAN
                                Assistant U.S. Attorney
18

19

20

21    IT IS SO ORDERED.

22

23 DATE: April 7, 2008          Dale A. Drozd
                                _____
24                              HON. DALE A. DROZD
                                U.S. Magistrate Judge
25

26

27

28

Stip & Order                    -3-