1  JOHN BALAZS, Bar No. 157287
   Attorney At Law
2  916 Second Street, Suite F
   Sacramento, California 95814
3  Telephone: (916) 447-9299
   John@Balazslaw.com
4
   Attorney for Defendant
5  VIRGIL SANTA

6

7
                IN THE UNITED STATES DISTRICT COURT
8
             FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,       )  No. 2:08-MJ-0093 GGH
11                                  )
                  Plaintiff,        )
12                                  )
        v.                          )  STIPULATION AND ORDER TO EXTEND
13                                  )  TIME FOR PRELIMINARY EXAMINATION
   MARIA SANTA,,                    )  AND EXCLUDE TIME
14 VIRGIL SANTA, and               )
   CANDIT SAVA, JR.,                )
15                                  )  Date:  June 5, 2008
                  Defendants.       )  Time:  2:00 p.m.
16 _____ )  U.S. Magistrate Judge

17

18      **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

19 Preliminary Examination scheduled for May 9, 2008, be vacated and that

20 time beginning May 9, 2008, and extending through June 5, 2008, be

21 excluded from time under the Speedy Trial Act within which an

22 indictment must be found.  Time under the Speedy Trial Act has

23 previously been excluded for this purpose through May 9, 2008.

24 Further, the defendants consent to an extension of the time for

25 preliminary examination until June 5, 2008.  Fed. R. Crim. P. 5.1(d).

26 The parties submit that the ends of justice are served by the Court

27 excluding such time, so that they may have reasonable time necessary

28 for effective preparation, taking into account the exercise of due

1   diligence.   18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the time is

2   required so that the parties can review discovery and consider

3   conducting any necessary investigation.

4        Counsel for defendants have talked to their respective clients in

5   this case, and represent that each has consented to this continuance

6   and exclusion of time, agreeing that the interests of justice are

7   furthered thereby.

8        The parties stipulate that the interests of justice outweigh the

9   interest of the public and the defendant in a speedy filing of an

10   indictment or information, 18 U.S.C. §§ 3161(b)(h)(8)(A), and further

11   that this good cause outweighs the public's interest in the prompt

12   disposition of this criminal case.   Fed. R. Crim. P. 5.1(d).

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    For these reasons, the parties request that the preliminary

2    hearing in this matter be continued from May 9, 2008 to June 5, 2008,

3    at 2 p.m.

4        **IT IS SO STIPULATED**.

5    DATE: May 2, 2008            /s/ Krist Hart
                                  KRISTA HART
6                                 Attorney for MARIA SANTA

7
     DATE: May 2, 2008            /s/ John Balazs
8                                 JOHN BALAZS
                                  Attorney for VIRGIL SANTA
9

10
     DATE: May 2, 2008            /s/ Jeffrey L. Staniels
11                                JEFFREY L. STANIELS
                                  Assistant Federal Defender
12                                Attorney for CANDIT SAVA, JR.

13

14   DATE: May 2, 2008            McGREGOR W. SCOTT
                                  United States Attorney
15
                              By: /s/ Matthew Stegman
16                                MATTHEW STEGMAN
                                  Assistant U.S. Attorney
17

18

19

20       IT IS SO ORDERED.

21

22   DATE: 05/06/08              /s/ Gregory G. Hollows

23                                HON. GREGORY G. HOLLOWS
                                  U.S. Magistrate Judge
24

25   santa.eot

26

27

28

Stip & Order                    -3-