```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW STEGMAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2793
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,    ) No. 2:08-MJ-0093 GGH
12                               )
                  Plaintiff,     ) STIPULATION AND PROTECTIVE ORDER
13                               ) RE:  DISSEMINATION OF DISCOVERY
         v.                      ) DOCUMENTS CONTAINING NAMES AND
14                               ) PERSONAL IDENTIFYING INFORMATION
    MARIA SANTA,                 )
15  VIRGIL SANTA, and            )
    CANDIT SAVA, JR.,            )
16                               )
                  Defendants.    )
17  _____)
18
19       IT IS HEREBY STIPULATED AND AGREED among the parties and their
20  respective counsel, Matthew Stegman, Assistant U.S. Attorney,
21  representing plaintiff United States of America, and Krista Hart,
22  attorney for defendant Maria Santa, John Balasz, attorney for
23  defendant Virgil Santa, and Jeffrey L. Staniels, attorney for
24  defendant Candit Sava, Jr., that the documents provided as
25  discovery in this case to defense counsel which contain names and
26  personal identification information such as addresses, social
27  security numbers, and bank account numbers of individuals other
28  than the defendants are subject to a Protective Order and that by
```

1

1  signing this Stipulation and Protective Order counsel agrees not to
2  share any such documents that contain personal identification
3  information contained in these documents with anyone other than
4  defense counsel and his designated defense investigators and
5  support staff.  Any pages of discovery that contain no personal
6  identification information, or contain only victim names, but no
7  additional personal identifying information, are not subject to
8  this order.
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

Defense counsel may permit the defendants to view the documents in the presence of his or her attorney or defense investigators, so long as defense counsel and the defense investigators do not allow the defendant to copy the personal identification information contained in the discovery, and defense counsel and the defense investigators do not allow the defendant to retain copies of these records.

DATE: May 2, 2008             /s/ Krista Hart
                              KRISTA HART
                              Attorney for MARIA SANTA


DATE: May 2, 2008             /s/ John Balazs
                              JOHN BALAZS
                              Attorney for VIRGIL SANTA


DATE: May 2, 2008             /s/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Attorney for CANDIT SAVA, JR.


DATE: May 2, 2008             McGREGOR W. SCOTT
                              United States Attorney

                         By:  /s/ Matthew Stegman
                              MATTHEW STEGMAN
                              Assistant U.S. Attorney


**IT IS SO ORDERED:**

DATED:06/03/08                /s/ Gregory G. Hollows
                              U.S. Magistrate Judge

santa.po

3