```
JOHN BALAZS, Bar No. 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
VIRGIL SANTA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-MJ-0093 GGH |
| ) Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXTEND |
| ) | TIME FOR PRELIMINARY EXAMINATION |
| MARIA SANTA,, ) | AND EXCLUDE TIME |
| VIRGIL SANTA, and ) | |
| CANDIT SAVA, JR., ) | |
| ) | Date:  July 17, 2008 |
| Defendants. ) | Time:  2:00 p.m. |
| _____ ) | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Preliminary Examination scheduled for June 5, 2008, be vacated and that time beginning June 5, 2008, and extending through July 17, 2008, be excluded from time under the Speedy Trial Act within which an indictment must be found.  Time under the Speedy Trial Act has previously been excluded for this purpose through June 5, 2008.  Further, the defendants consent to an extension of the time for preliminary examination until July 17, 2008.  Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due

1  diligence.  18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the time is
2  required so that the parties can review discovery and consider
3  conducting any necessary investigation.
4      Counsel for defendants have talked to their respective clients in
5  this case, and represent that each has consented to this continuance
6  and exclusion of time, agreeing that the interests of justice are
7  furthered thereby.
8      The parties stipulate that the interests of justice outweigh the
9  interest of the public and the defendant in a speedy filing of an
10 indictment or information, 18 U.S.C. §§ 3161(b)(h)(8)(A), and further
11 that this good cause outweighs the public's interest in the prompt
12 disposition of this criminal case.  Fed. R. Crim.P. 5.1(d).
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Stip & Order                     -2-

1  For these reasons, the parties request that the preliminary
2  hearing in this matter be continued from June 5, 2008 to July 17, 2008,
3  at 2 p.m.

**IT IS SO STIPULATED.**

DATE: June 2, 2008          /s/ Krist Hart
                            KRISTA HART
                            Attorney for MARIA SANTA


DATE: June 2, 2008          /s/ John Balazs
                            JOHN BALAZS
                            Attorney for VIRGIL SANTA


DATE: June 2, 2008          /s/ Jeffrey L. Staniels
                            JEFFREY L. STANIELS
                            Assistant Federal Defender
                            Attorney for CANDIT SAVA, JR.


DATE: June 2, 2008          McGREGOR W. SCOTT
                            United States Attorney

                       By:  /s/ Matthew Stegman
                            MATTHEW STEGMAN
                            Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED.

DATE:  June 4, 2008.

_____
U.S. MAGISTRATE JUDGE

Stip & Order                        -3-