JOHN BALAZS, Bar No. 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
VIRGIL SANTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:08-MJ-0093 GGH |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND ORDER TO EXTEND |
| | ) TIME FOR PRELIMINARY EXAMINATION |
| MARIA SANTA, | ) AND EXCLUDE TIME |
| VIRGIL SANTA, and | ) |
| CANDIT SAVA, JR., | ) |
| | ) Date:   September 17, 2008 |
| Defendants. | ) Time:   2:00 p.m. |
| _____ | ) U.S. Magistrate Judge |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

Preliminary Examination scheduled for July 17, 2008, be vacated and

that time beginning July 17, 2008, and extending through September 17,

2008, be excluded from time under the Speedy Trial Act within which an

indictment must be found.  Time under the Speedy Trial Act has

previously been excluded for this purpose through July 17, 2008.

Further, the defendants consent to an extension of the time for

preliminary examination until September 17, 2008.  Fed. R. Crim. P.

5.1(d).  The parties submit that the ends of justice are served by the

Court excluding such time, so that they may have reasonable time

necessary for effective preparation, taking into account the exercise

1  of due diligence.   18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the

2  time is required so that the parties can review discovery, discuss

3  possible resolution, and conduct any necessary investigation.

4       Counsel for defendants have talked to their respective clients in

5  this case, and represent that each has consented to this continuance

6  and exclusion of time, agreeing that the interests of justice are

7  furthered thereby.

8       The parties stipulate that the interests of justice outweigh the

9  interest of the public and the defendant in a speedy filing of an

10  indictment or information, 18 U.S.C. §§ 3161(b)(h)(8)(A), and further

11  that this good cause outweighs the public's interest in the prompt

12  disposition of this criminal case.   Fed. R. Crim.P. 5.1(d).

13       For these reasons, the parties request that the preliminary

14  hearing in this matter be continued from July 17, 2008 to September 17,

15  2008, at 2 p.m.

16       **IT IS SO STIPULATED.**

17  DATE: July 15, 2008          /s/ Krista Hart
                                  KRISTA HART
18                               Attorney for MARIA SANTA

19
    DATE: July 15, 2008          /s/ John Balazs
20                               JOHN BALAZS
                                  Attorney for VIRGIL SANTA
21

22
    DATE: July 15, 2008          /s/ Jeffrey L. Staniels
23                               JEFFREY L. STANIELS
                                  Assistant Federal Defender
24                               Attorney for CANDIT SAVA, JR.

25

26  ////

27  ////

28  ////

Stip & Order            -2-

DATE: July 15, 2008                    McGREGOR W. SCOTT
                                       United States Attorney

                               By:   /s/ Matthew Stegman
                                     MATTHEW STEGMAN
                                     Assistant U.S. Attorney


**ORDER**

     IT IS SO ORDERED.

DATE: July 15, 2008

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip & Order                    -3-