```
McGREGOR W. SCOTT
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2793
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MARIA SANTA,,<br>VIRGIL SANTA, and<br>CANDIT SAVA, JR.,<br><br>            Defendants. | No. 2:08-MJ-0093 GGH<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME<br><br>Date:  September 17, 2008<br>Time:  2:00 p.m.<br>Judge: Hon. Gregory G. Hollows |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Preliminary Examination scheduled for September 17, 2008, be vacated and that time beginning September 17, 2008, and extending through October 9, 2008, be excluded from time under the Speedy Trial Act within which an indictment must be found.  Further, the defendants consent to an extension of the time for preliminary examination until October 9, 2008.  Fed. R. Crim. P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

1

1  In particular, the time is required so that the parties can
2  continue to review discovery, consider conducting any necessary
3  investigation, and conduct plea negotiations.
4     Counsel for defendants have talked to their respective clients
5  in this case, and represent that each has consented to this
6  continuance and exclusion of time, agreeing that the interests of
7  justice are furthered thereby.
8     The parties stipulate that the interests of justice outweigh
9  the interest of the public and the defendant in a speedy filing of
10 an indictment or information, 18 U.S.C. §§ 3161(b)(h)(8)(A), and
11 further that this good cause outweighs the public's interest in the
12 prompt disposition of this criminal case.  Fed. R. Crim. P. 5.1(d).
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  The parties further request that this matter be taken off
2  calendar until October 9, 2008, or such other future time as any
3  party may request a hearing for a purpose other than preliminary
4  examination.
5  **IT IS SO STIPULATED.**
6  DATE: September 16, 2008        /s/ Krist Hart
                                   KRISTA HART
7                                  Assistant Federal Defender
                                   Attorney for MARIA SANTA
8
9  DATE: September 16, 2008        /s/ John Balasz
                                   JOHN BALASZ
10                                 Assistant Federal Defender
                                   Attorney for VIRGIL SANTA
11
12
   DATE: September 16, 2008        /s/ Jeffrey L. Staniels
13                                 JEFFREY L. STANIELS
                                   Assistant Federal Defender
14                                 Attorney for CANDIT SAVA, JR.
15
16 DATE: September 16, 2008        McGREGOR W. SCOTT
                                   United States Attorney
17
                              By:  /s/ Matthew Stegman
18                                 MATTHEW STEGMAN
                                   Assistant U.S. Attorney
19
20
21
22      IT IS SO ORDERED.
23
24 DATE: 09/19/08                  /s/ Gregory G. Hollows
25                                 _____
                                   HON. GREGORY G. HOLLOWS
                                   U.S. Magistrate Judge
26
   santa.ord
27
28

3