KRISTA HART
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Defendant
Maria Santa

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) ) ) Plaintiffs, ) ) v. ) ) MARIA SANTA, ) ) Defendant. ) ) _____ ) | No. CR S-08-0468 MCE **STIPULATION AND ORDER TO ADD A CONDITION OF PRETRIAL RELEASE** |

Maria Santa, by and through counsel Krista Hart, and the United States of America (government) by and through Assistant U.S. Attorney Matthew Stegman, hereby stipulate and agree to modify the terms of Ms. Santa's pretrial release conditions.  Specifically, the parties agree to add a condition of supervised release for counseling:

1.  You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.

Beth Baker of pretrial services concurs this modification is appropriate in this situation.

///

///

///

| | | |
|---|---|---|
| November 24, 2008 | | */s/ Krista Hart*<br>Attorney for Maria Santa |
| November 24, 2008 | | McGREGOR SCOTT<br>United States Attorney |
| | | */s/ Matthew Stegman*<br>Assistant U.S. Attorney |

# O R D E R

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: November 24, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/santa0468.stipord