| | |
|---|---|
| 1 | LAWRENCE G. BROWN<br>Acting United States Attorney |
| 2 | MATTHEW STEGMAN<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2793 |



**FILED**

MAR 2 3 2009



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. Cr.S-08-468 MCE |
| Plaintiff, | ) | APPLICATION TO UNSEAL ARREST WARRANTS, SUPERSEDING INDICTMENT, PETITION TO SEAL, ORDER AND SEALING ORDER; [PROPOSED] ORDER |
| v. | ) | |
| MARIA SEFORA SANTA,<br>VIRGIL SEVER SANTA,<br>CANDIT CIPRI SAVA, JR.,<br>   aka Chipriano Sava,<br>FABIAN LEONTE,<br>   aka Gabriel Dart, and<br>GEORGIY TIMOFEY, | ) | |
| Defendants. | ) | |

APPLICATION

On March 19, 2009, this Court issued arrest warrants, petition to seal, order, and sealing order for the captioned matter, and sealed these documents as well as the superseding indictment in this case. Presently, the arrest warrant for Georgiy Timofey has been executed and we expect that he will make his first appearance in court today. Although, the arrest warrant for Fabian Leonte has not been executed, the Government

respectfully requests that the arrest warrants, superseding indictment, petition to seal, order, sealing order, and any other documents sealed pursuant to the Court's March 19, 2009, order be unsealed.

DATED: March 23, 2009

Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

By: _____
MATTHEW STEGMAN
Assistant U.S. Attorney

ORDER

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the arrest warrants, superseding indictment, petition to seal, order, sealing order, and any other documents sealed pursuant to the Court's March 19, 2009, order for the captioned matter be UNSEALED.

Date: March 23, 2009

_____
HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge

2