KRISTA HART
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Defendant
Maria Santa

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>             Plaintiff,<br><br>      v.<br><br>MARIA SANTA,<br>VIRGIL SANTA,<br>CANDIT SAVA,<br>GEORGIY TIMOFEY,<br><br>            Defendants.<br>_____ | No. Cr.S. 08-468 MCE<br><br>**STIPULATION AND PROPOSED ORDER RESETTING THE STATUS CONFERENCE TO:**<br><br>DATE:  July 30, 2009<br>TIME:   9:00 a.m.<br>The Honorable Morrison C. England |

Defendants by and through their respective counsel and the United States (government) by and through counsel Assistant U.S. Attorney Matt Stegman stipulate and agree the status conference currently set for June 11, 2009, should be reset to July 30, 2009, at 9:00 a.m.

The parties stipulate and agree the time from June 11, 2009, up to and including July 30, 2009, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defendant may have reasonable time necessary

1

for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

To date the government has provided 5,571 pages of discovery. While the case has been pending since March 18, 2008, a majority of the discovery, 3,742 pages, was provided in April and May of this year. Counsel for all defendants are still in the process of reviewing the discovery and conducting investigations. Additionally, attorney Chris Haydn-Myer was recently appointed on March 23, 2009. Therefore, the additional time is necessary for attorney preparation and all parties agree the exclusion of time pursuant to Local Code T-4 is appropriate.

Dated: June 9, 2009         /s/ Krista Hart
                            Attorney for Maria Santa

Dated: June 9, 2009         /s/ John Balazs
                            Attorney for Virgil Santa

Dated: June 9, 2009         /s/ Jeff Staniels
                            Attorney for Candit Sava

Dated: June 9, 2009         /s/ Chris Haydn-Myer
                            Attorney for Georgiy Timofey

Dated: June 9, 2009         LAWRENCE BROWN
                            Acting United States Attorney

                            /s/ Matt Stegman
                            Assistant U.S. Attorney

**ORDER**

It is so ordered.

Dated: June 9, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE