1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Ste 10-100
   Sacramento, CA 95814
4  Telephone (916) 554-2700

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   CASE NO. CR-S-08-468 MCE
                                )
12                Plaintiff,    )   GOVERNMENT'S MOTION TO DISMISS
                                )   COUNT 14 OF THE INDICTMENT AND
13 v.                           )   ORDER
                                )
14 MARIA SANTA, et al,          )
                                )
15                Defendants.   )
                                )
16

17      Pursuant to Rule 48(a) of the Federal Rules of Criminal
18 Procedure, plaintiff United States of America, by and through its
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1 undersigned attorney, hereby moves this Honorable Court for an
2 Order dismissing Count 14 of the Indictment in the above-entitled
3 matter as to both defendants charged in that count, MARIA SANTA and
4 VIRGIL SANTA.
5 DATED: May 4, 2010

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                             By:   /s/ Matthew C. Stegman
                                  MATTHEW C. STEGMAN
                                  Assistant U.S. Attorney

O R D E R

14     IT IS SO ORDERED:

Dated: May 6, 2010

                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE