1  JOHN BALAZS, Bar No. 157287
   Attorney At Law
2  916 Second Street, Suite F
   Sacramento, California 95814
3  Telephone: (916) 447-9299
   John@Balazslaw.com
4
   Attorney for Defendant
5  VIRGIL SANTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-CR-00468-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| MARIA SANTA,, VIRGIL SANTA, CANDIT SAVA, JR., FABIAN LEONTE, and GEORGIY TIMOFEY. | ) Date: January 13, 2011 Time: 9:00 a.m. |
| Defendants. | ) Hon. Morrison C. England, Jr. |

Defendant, by and through their respective counsel, and the United States, through its counsel, Assistant U.S. Attorney Matthew Stegman, hereby stipulate and request that the Court continue the status conference in this case from December 16, 2010 to **January 13, 2011, at 9:00 a.m.**

The reason for this request is that the parties need additional time to review discovery, conduct investigation, and prepare a defense for trial. The government has provided over 8,600 pages of discovery.  Further, attorney Jay Greiner, counsel for Fabian Leonte, was appointed to replace prior counsel on August 19, 2010.  Mr. Greiner is just completing a multi-week trial in front of U.S. District Judge Edward J. Garcia.  For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from the filing date of this stipulation to

January 13, 2011 for defense preparation under 18 U.S.C. § 3161(h)(7)(B)(iv) (local code T4) and complexity under 18 U.S.C. § 3161(h)(7)(B)(ii) (local code T2). Time has previously been excluded on these grounds through December 16, 2010. The parties also stipulate that the interest of justices served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

For these reasons, the parties request that the status conference in this case be continued from December 16, 2010 to January 13, 2011, at 9:00 a.m.  The parties anticipate setting a trial date at that time.

**IT IS SO STIPULATED**.

DATE: December 10, 2010         /s/ Krista Hart
                                KRISTA HART
                                Attorney for MARIA SANTA

DATE: December 10, 2010         /s/ John Balazs
                                JOHN BALAZS
                                Attorney for VIRGIL SANTA

DATE: December 10, 2010         /s/ Jeffrey L. Staniels
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Attorney for CANDIT SAVA, JR.

DATE:  December 10, 2010
                                /s/ Chris Haydn-Myer
                                CHRIS HAYDN-MYER
                                Attorney for GEORGIY TIMOFEY

DATE:  December 10, 2010
                                /s/ JAMES GREINER
                                JAMES GREINER
                                Attorney for FABIAN LEONTE

DATE: December 10, 2010         BENJAMIN WAGNER
                                United States Attorney

                          By:   /s/ Matthew Stegman
                                MATTHEW STEGMAN
                                Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  December 13, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE