```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, #91413
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CANDIT SAVA, JR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>            Plaintiff,          )<br>                                )<br>     v.                         )<br>                                )<br>MARIA SANTA,                    )<br>VIRGIL SANTA,                   )<br>CANDIT SAVA, JR.                )<br>FABIAN LEONTE, and              )<br>GEORGIY TIMOFEY,                )<br>                                )<br>            Defendants.         )<br>_____ ) | No. 2:08-cr-00468-MCE<br><br><br>STIPULATION AND ORDER CONTINUING CASE<br><br><br><br><br>Date:  January 13, 2011<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the status conference scheduled for January 13, 2011, be vacated, that the matter be continued until March 3, 2011, for further status conference, and that time for trial under the Speedy Trial Act be excluded from January 13, 2011, until March 3, 2011, within which an indictment must be found.

///

///

///

1   This continuance is sought to allow further time to prepare,
2 taking into account the exercise of due diligence.  18 U.S.C. §
3 3161(h)(7)(B)(iv), particular for substitute counsel for Mr. Leonte and
4 Mr. Timofey, in light of the volume of discovery, consisting of
5 approximately 9000 pages.
6   All counsel have been consulted regarding this request and all
7 have authorized Mr. Staniels to sign this stipulation on their behalf.
8   The parties stipulate that the interests of justice outweigh the
9 interest of the public and the defendants in a speedy trial 18 U.S.C.
10 §§ 3161(h)(7)(A), and further that this good cause outweighs the
11 public's interest in the prompt disposition of this criminal case.
12
13   **IT IS SO STIPULATED**.
14
15 DATE: January 11, 2011          /s/ Krista Hart
                                  KRISTA HART
16                                CJA Counsel
                                  Attorney for MARIA SANTA
17
18 DATE: January 11, 2011          /s/ John Balazs
                                  JOHN BALAZS
19                                CJA Counsel
                                  Attorney for VIRGIL SANTA
20
21 DATE: January 11, 2011          /s/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
22                                Assistant Federal Defender
                                  Attorney for CANDIT SAVA, JR.
23
24 DATE: January 11, 2011          /s/ Chris Haydn-Myer
                                  CHRIS HAYDN-MYER
25                                CJA Counsel
                                  Attorney for Georgiy Timofey
26
27 DATE: January 11, 2011          /s/ Jay Greiner
                                  JAY GREINER
28                                CJA Counsel

```
                                    Attorney for FABIAN LEONTE


DATE: January 11, 2011              Benjamin Wagner
                                    United States Attorney

                              By:   /s/ Matthew Stegman
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney
```

**O R D E R**

IT IS SO ORDERED.

Dated: January 13, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE