JOHN BALAZS, Bar No. 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
VIRGIL SANTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  MARIA SANTA, VIRGIL SANTA,  et. al.,  Defendants. | No. 08-0468-KJM  STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE FOR DEFENDANTS VIRGIL AND MARIA SANTA |

Defendant Virgil Santa, through his attorney John Balazs, defendant Maria Santa, through her attorney Krista Hart, and the United States, through its attorney, Assistant U.S. Attorney Matthew Stegman, hereby stipulate and request that the Court modify these two defendants' conditions of release to add the following special condition:

> You shall not have any contact with the co-defendants in this case, with the exception of Maria Santa/Virgil Santa, unless in the presence of defense counsel.

All other conditions of release are to remain in full force and effect.

///

///

///

U.S. Pretrial Services Officer Beth Baker concurs with this modification.

**IT IS SO STIPULATED**.

DATE: March 17, 2011           /s/ John Balazs
                               JOHN BALAZS

                               Attorney for Defendant
                               VIRGIL SANTA

DATE: March 17, 2011           /s/ Krista Hart
                               KRISTA HART

                               Attorney for Defendant
                               MARIA SANTA

DATE: March 17, 2011           BENJAMIN B. WAGNER
                               United States Attorney

                         By:   /s/ Matthew Stegman
                               MATTHEW STEGMAN
                               Assistant U.S. Attorney

    IT IS SO ORDERED.

DATED: March 17, 2011.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

ddad1
santa0468.stipord.addcondition.wpd

-2-