1  **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
FABIAN LEONTE

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                            EASTERN DISTRICT OF CALIFORNIA

9

UNITED STATES OF AMERICA,        )        NO 2:08-cr-00468–KJM
10                                               )
             PLAINTIFF,          )        STIPULATION AND
11                                               )        ORDER
             v.                  )
12                                               )
FABIAN LEONTE, et al.,           )
13                                               )
             DEFENDANTS.         )
14  _____)

15

16                            **PARTIES TO THE LITIGATION**

17

18        The parties to this litigation, the Unites States of America, represented by

19  Assistant United States Attorney, Ms. Dominique Thomas , and the defendants

20  (hereinafter referred to as the defendants): 1) Maria Santa, represented by her attorney,

21  Ms. Krista Hart; 2) Virgil Santa, represented by his attorney, Mr. John Balazs; 3)

22  Candit Sava, Jr., represented by his attorney, Mr. Jeffrey Staniels; and 4) Fabian

23  Leonte, represented by his attorney, Mr. James R. Greiner, hereby agree and stipulate

24  to the following:

25        The presently scheduled Trial Confirmation Hearing, scheduled for Thursday,

26  September 29, 2011 and presently scheduled Trial, scheduled for Monday, October

27  17, 2011, can be vacated by the Court.

28                                          1

The parties agree to the following motion schedule dates:

| | |
|---|---|
| Defense Motions to be filed on or before | October 13, 2011 |
| Government's oppositions to be filed on or before | November 10, 2011 |
| Defense Reply to government's oppositions on or before | December 1, 2011 |
| Court Hearing | December 15, 2011 |

## TIME EXCLUDED UNDER THE SPEEDY TRIAL ACT

The parties to this Stipulation agree and stipulate that the ends of justice served by granting this continuance outweigh the public's right and all of the defendants' right to a speedy trial in this case. That finding is supported by the factual bases and findings which are: 1- this is a multi-defendant case; 2-the allegations are complex, both legally and factually, as stated in the superceding Indictment which include: Nine (9) counts of mail fraud; Four (4) counts of false statements on loan applications: Identity Theft; Aggravated Identity Theft Identity Theft, and Five (5) counts of Engaging in Monetary transactions over $10,000 in property derived from specified unlawful activity; 3- a co-defendant has pled guilty, with a co-operation agreement with the government, requiring additional defense investigation; 4- filing of defense motions and; 5- the legal issues in this case are complex.

The parties agree and stipulate that with all parties exercising reasonable diligence the need for this continuance will allow both continuity of counsel and defense counsel adequate time to prepare and to investigate and allow adequate time for defense counsel to file motions within the meaning of Title 18 U.S.C. section 3161(h)(7)(B)(iv) and Local code T-4, and all the parties agree to and stipulate to the exclusion of time under the Speedy Trial Act from the date of this order to and including December 15, 2011, the date set for a hearing. In addition, the parties agree and stipulate that upon the filing of any motion, the speedy trial act stops pursuant to

1   Title 18 U.S.C. section 3161(h)(1)(D) and Local Code E, to and including the hearing

2   date of Thursday, December 15, 2011.

3          Respectfully submitted:

4                                          BENJAMIN B. WAGNER
                                           UNITED STATES ATTORNEY
5
                                           /s/ Dominique Thomas, by e mail authorization
6
    DATED: 8-23-11
7                                          _____
                                           Dominique Thomas
8                                          ASSISTANT UNITED STATES ATTORNEY
                                           ATTORNEY FOR THE PLAINTIFF
9   DATED: 8-23-11
                                           /s/ Krista Hart,  by e mail authorization
10
                                           _____
11                                         Krista Hart
                                           Attorney for Defendant
12                                         Maria Santa

13  DATED: 8-23-11                         /s/ John Balazs, by e mail authorization

14                                         _____
                                           John Balazs
15                                         Attorney for Defendant
                                           Virgil Santa

16  DATED: 8-23-11                         /s/ Jeffrey Staniels,  by e mail authorization

17                                         _____
                                           Jeffrey Staniels
18                                         Attorney for Defendant
                                           Candit Sava, Jr.

19  DATED: 8-23-11                         /s/ James R. Greiner

20                                         _____
                                           James R. Greiner
21                                         Attorney for Defendant
                                           Fabian Leonte

22

23

24

25

26

27

28                                              3

**ORDER**

The court, having received, read, and considered the agreement and stipulation of the parties, having  reviewed the record in this case and having reviewed the docket in this case makes the following findings and order:

This court finds that, in this case,  the ends of justice are served by granting this continuance and outweigh the best interests of the public and all the defendants in a speedy trial in this case.

This court makes the following specific findings in this case which supports the finding to grant this continuance:

    1- this is a multi-defendant case;

    2-the allegations are complex, both legally and factually as stated in the superceding Indictment which include: Nine (9) counts of mail fraud; Four (4) counts of false statements on loan applications: Identity Theft; Aggravated Identity Theft Identity Theft, and Five (5) counts of Engaging in Monetary transactions over $10,000 in property derived from specified unlawful activity;

    3- a co-defendant has pled guilty, with a co-operation agreement with the government, requiring additional defense investigation;

    4- filing of defense motions and;

    5-  the legal issues in this case are complex.

The Court specifically finds that even in the exercise of reasonable diligence by all parties that, in this case, it is unreasonable to expect the case to go to trial within the time limits of the Speedy Trial Act, and that pursuant to Title 18 U.S.C. section 3161(h)(1)(7)(A) this Court finds that the ends of justice are served by granting this continuance taking into consideration that all parties, in exercising reasonable diligence in the preparation of this case, the need for this continuance will allow both

1  continuity of counsel and defense counsel adequate time to prepare and investigate

2  and allow adequate time for defense counsel to file motions within the meaning of

3  Title 18 U.S.C. section 3161(h)(7)(B)(iv) and Local code T-4.

4      Further, this Court finds that the time from the date this Order is signed to and

5  including Thursday, December 15, 2011, shall be excluded under the Speedy Trial Act

6  for all of the reasons stated herein, and stated by the parties agreement and

7  Stipulation. Further, the Court finds that upon the filing of any motion in this case the

8  Speedy Trial Act stops pursuant to Title 18 U.S.C. section (h)(1)(D) and Local Code E

9  to and including the hearing date of Thursday, December 15, 2011.

10     This Court adopts the agreement and Stipulation of the parties and the

11  following briefing schedule:

12

13     Defense Motions to be filed on or before                October 13, 2011

14     Government's oppositions to be filed on or before        November 10, 2011

15     Defense Reply to government's oppositions on or before   December 1, 2011

16     Court Hearing                                            December 15, 2011

17

18     FOR ALL THE REASONS STATED HEREIN, THE COURT FINDS GOOD

19  CAUSE AND GRANTS THE REQUEST OF THE PARTIES,

20     IT IS SO ORDERED.

21  DATED:  August 25, 2011.

22

23  _____
                                    UNITED STATES DISTRICT JUDGE

24

25

26

27

28
                                        5