**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
FABIAN LEONTE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> FABIAN LEONTE, et al., ) <br> ) <br> ) <br> DEFENDANTS. ) <br> _____ ) | NO. 2:08-cr-00468 KJM <br><br> STIPULATION AND ORDER <br><br> Hearing Date: December 15, 2011 <br> Courtroom: 3, 15th Floor <br> Judge: Honorable District Court Judge <br> Kimberly J. Mueller |

**PARTIES TO THE LITIGATION**

The parties to this litigation, the Unites States of America, represented by Assistant United States Attorney, Ms. Dominique Thomas , and the defendants (hereinafter referred to as the defendants): 1) Maria Santa, represented by her attorney, Ms. Krista Hart; 2) Virgil Santa, represented by his attorney, Mr. John Balazs; 3) Candit Sava, Jr., represented by his attorney, Mr. Jeffrey Staniels; and    4) Fabian Leonte, represented by his attorney, Mr. James R. Greiner, hereby agree and stipulate to the following:

The parties hereby stipulate and agree that the current motions briefing schedule be modified as follows:

1

| | |
|---|---|
| Defense Motions to be filed on or before | October 27, 2011 |
| Government's oppositions to be filed on or before | December 1, 2011 |
| Defense Reply to government's oppositions on or before | December 15, 2011 |
| Court Hearing | January 5, 2012 |

## TIME EXCLUDED UNDER THE SPEEDY TRIAL ACT

The parties to this Stipulation agree and stipulate that the ends of justice served by granting this continuance outweigh the public's right and all of the defendants' right to a speedy trial in this case. That finding is supported by the factual bases and findings which are: 1- this is a multi-defendant case; 2-the allegations are complex, both legally and factually, as stated in the superceding Indictment which include: Nine (9) counts of mail fraud; Four (4) counts of false statements on loan applications: Identity Theft; Aggravated Identity Theft Identity Theft, and Five (5) counts of Engaging in Monetary transactions over $10,000 in property derived from specified unlawful activity; 3- a co-defendant has pled guilty, with a co-operation agreement with the government, requiring additional defense investigation; 4- filing of defense motions and; 5- the legal issues in this case are complex.

The parties agree and stipulate that with all parties exercising reasonable diligence the need for this continuance will allow both continuity of counsel and defense counsel adequate time to prepare and to investigate and allow adequate time for defense counsel to file motions within the meaning of Title 18 U.S.C. section 3161(h)(7)(B)(iv) and Local code T-4, and all the parties agree to and stipulate to the exclusion of time under the Speedy Trial Act from the date of this order to and including December 15, 2011, the date set for a hearing. In addition, the parties agree and stipulate that upon the filing of any motion, the speedy trial act stops pursuant to Title 18 U.S.C. section 3161(h)(1)(D) and Local Code E, to and including the hearing date of Thursday, January 5, 2012.

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Dominique Thomas, by e mail authorization

DATED: 10-3-11

_____
Dominique Thomas
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 10-3-11

/s/ Krista Hart,  by e mail authorization

_____
Krista Hart
Attorney for Defendant
Maria Santa

DATED: 10-3-11     /s/ John Balazs, by e mail authorization

_____
John Balazs
Attorney for Defendant
Virgil Santa

DATED: 10-3-11     /s/ Jeffrey Staniels,  by e mail authorization

_____
Jeffrey Staniels
Attorney for Defendant
Candit Sava, Jr.

DATED: 10-3-11     /s/ James R. Greiner

_____
James R. Greiner
Attorney for Defendant
Fabian Leonte

3

**ORDER**

The Court, having received, read, and considered the agreement and stipulation of the parties, having reviewed the record in this case and having reviewed the Docket in this case makes the following findings and Order:

This Court finds that, in this case, the ends of justice are served by granting this continuance and outweigh the best interests of the public and all the defendants in a speedy trial in this case.

This Court makes the following specific findings in this case which supports the finding to grant this continuance:

    1- this is a multi-defendant case;

    2- the allegations are complex, both legally and factually as stated in the superceding Indictment which include: Nine (9) counts of mail fraud; Four (4) counts of false statements on loan applications; Identity Theft; Aggravated Identity Theft; and Five (5) counts of Engaging in Monetary transactions over $10,000 in property derived from specified unlawful activity;

    3- a co-defendant has pled guilty, with a co-operation agreement with the government, requiring additional defense investigation;

    4- filing of defense motions; and

    5- the legal issues in this case are complex.

The Court specifically finds that even in the exercise of reasonable diligence by all parties that, in this case, it is unreasonable to expect the case to go to trial within the time limits of the Speedy Trial Act, and that pursuant to Title 18 U.S.C. section 3161(h)(1)(7)(A) this Court finds that the ends of justice are served by granting this continuance taking into consideration that all parties, in exercising reasonable diligence in the preparation of this case, the need for this continuance will allow both continuity of counsel and defense counsel adequate time to prepare and investigate

and allow adequate time for defense counsel to file motions within the meaning of Title 18 U.S.C. section 3161(h)(7)(B)(iv) and Local code T-4.

Further, this Court finds that the time from the date this Order is signed to and including Thursday, January 12, 2012, shall be excluded under the Speedy Trial Act for all of the reasons stated herein, and stated by the parties agreement and Stipulation. Further, the Court finds that upon the filing of any motion in this case the Speedy Trial Act stops pursuant to Title 18 U.S.C. section 3161(h)(1)(D) and Local Code E to and including the hearing date of Thursday, January 12, 2012.

This Court adopts the agreement and Stipulation of the parties and the following briefing schedule:

| | |
|---|---|
| Defense Motions to be filed on or before | October 27, 2011 |
| Government's oppositions to be filed on or before | December 1, 2011 |
| Defense Reply to government's oppositions on or before | December 15, 2011 |
| Court Hearing | January 12, 2012 at 10:00 AM |

FOR ALL THE REASONS STATED HEREIN, THE COURT FINDS GOOD CAUSE AND GRANTS THE REQUEST OF THE PARTIES,

IT IS SO ORDERED.

DATED: October 11, 2011.

_____
UNITED STATES DISTRICT JUDGE

5