1   JOHN BALAZS, Bar No. 157287
    Attorney At Law
2   916 2nd Street, 2nd Floor
    Sacramento, California 95814
3   Telephone: (916) 447-9299
    John@Balazslaw.com
4
    Attorney for Defendant
5   VIRGIL SANTA

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. 08-CR-0468-KJM-DAD
                                     )
12                  Plaintiff,       )   STIPULATION AND ORDER TO
                                     )   CONTINUE DISCOVERY MOTION
13          v.                       )   HEARING
                                     )
14  VIRGIL SANTA, et. al.,           )
                                     )   Date: March 28, 2012
15                  Defendants.      )   Time: 2:00 p.m.
    _____)   Hon. Dale A. Drozd
16

17

18          Defendant Virgil Santa, through counsel John Balazs, and the United States,

19  through its counsel R. Steven Lapham, hereby stipulate and request that the Court

20  continue the hearing on defendant's motion for discovery and preservation of notes

    (document 201, filed 2/14/12) from March 26 to **March 28, 2012, at 2 p.m.**

21          The parties anticipate that a trial confirmation hearing will be held before Judge

22  Mueller on March 28, 2012 at 9:00 a.m.  Time is currently excluded under the Speedy

23  Trial Act for the pendency of this discovery motion.

24  ///

25  ///

26  ///

27

28

1    **IT IS SO STIPULATED**.

2    DATE: March 7, 2012             /s/ John Balazs
3                                    JOHN BALAZS

4                                    Attorney for Defendant
5                                    VIRGIL SANTA

6    DATE: March 8, 2012             /s/ Krista Hart
7                                    KRISTA HART

8                                    Attorney For Defendant
     MARIA SANTA

9    DATE: March 7, 2012             BENJAMIN B. WAGNER
10                                   United States Attorney

11                             By:   /s/ R. Steven Lapham
12                                   R. STEVEN LAPHAM
                                     Assistant U.S. Attorney
13

14

15

16                             **ORDER**

17          IT IS SO ORDERED.

18   DATED: March 27, 2012.

19

20

21                             _____
                               DALE A. DROZD
22                             UNITED STATES MAGISTRATE JUDGE

23   dad1.crim
     santa0468.stipord.cont.disc-mot2.wpd
24

25

26

27

28