BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2724

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-08-468 KJM |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS COUNTS 10 THROUGH 13 OF THE INDICTMENT; ORDER |
| v. | ) | |
| MARIA SANTA, et al, | ) | |
| Defendants. | ) | |

    Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing Counts 10, 11, 12 and 13 of the Indictment in the above-entitled matter as to all defendants.

DATED: March 30, 2012

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                              By:  /s/ R. Steven Lapham
                                    R. STEVEN LAPHAM
                                    Assistant U.S. Attorney

<u>O R D E R</u>

IT IS SO ORDERED:

DATED: April 3, 2012.

_____
UNITED STATES DISTRICT JUDGE